# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00943-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALTHEA BARNHILL-STEMLEY,

    Plaintiff,

v.

SOCIAL SECURITY ADMIN.,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by plaintiff/petitioner/applicant
(4)   ___   is missing affidavit
(5)   xx   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   xx   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other _____

**Complaint or Petition**:
(9)    __  is not submitted
(10)   __  is not on proper form (must use the court's current form)
(11)   xx  is missing an original signature by the plaintiff/petitioner/applicant
(12)   xx  is incomplete (<u>Plaintiff fails to specify the grounds for the court's jurisdiction, the claims she is asserting, or the relief she seeks</u>)
(13)   __  uses et al. instead of listing all parties in caption
(14)   __  names in caption do not match names in text
(15)   xx  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __  other _____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED April 11, 2012, at Denver, Colorado.

                      BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge